```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LINDA C. HARTER, #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    SAGE D. KAVENY
 4  Certified Student Attorney
    801 I Street, 3rd Floor
 5  Sacramento, California 95814
    Telephone: (916) 498-5700
 6

 7
    Attorneys for Defendant
 8  FRANCISCO E. LEON, SR.

 9

10                 IN THE UNITED STATES DISTRICT COURT

11                FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13  UNITED STATES OF AMERICA,    ) 2:11-CR-00539-DAD
                                 )
14            Plaintiff,         )
                                 ) STIPULATION AND ORDER TO VACATE
15      v.                       ) THE TRIAL CONFIRMATION HEARING
                                 ) AND JURY TRIAL AND TO SET A
16  FRANCISCO E. LEON, SR.,      ) STATUS HEARING
                                 )
17            Defendant.         )
                                 ) Date:  March 27, 2012
18  _____ ) Time:  10:00 a.m.
                                   Judge: Dale A. Drozd
19
```

20      The United States Attorney through his respective counsel, JUSTIN

21 LEE, Special Assistant United States Attorney, and LINDA C. HARTER,

22 Attorney for FRANCISCO E. LEON, SR., and Certified Student Attorney,

23 SAGE D. KAVENY, hereby stipulate to vacate the trial confirmation

24 hearing set for March 7, 2012 at 10:00am and to vacate the jury trial

25 scheduled for March 19, 2012 at 10:00am.

26      Accordingly, the parties jointly request that a status hearing be

27 scheduled for March 27, 2012 at 10:00am before Magistrate Judge Dale A.

1  Drozd.

2      Time is to be excluded under the Speedy Trial Act, 18 U.S.C. §
3  3161(h)(7)(b)(iv) (Local Rule T4) as the ends of justice served by
4  granting the continuance outweigh the best interests of the public and
5  the defendant in a speedy trial. Defense counsel needs additional time
6  to obtain Mr. Leon's relevant medical records and to conduct a
7  psychological evaluation. The parties expect to resolve this matter
8  without a trial.

9  Dated: February 24, 2012            Respectfully submitted,

                                       DANIEL BRODERICK
                                       Federal Defender

                                       /s/ Rachelle Barbour
                                       FOR LINDA C. HARTER
                                       Assistant Federal Defender
                                       Attorney for FRANCISCO E. LEON, SR.

                                       /s/ Sage D. Kaveny
                                       SAGE D. KAVENY
                                       Certified Student Attorney

18 Dated: February 24, 2012            BENJAMIN B. WAGNER
                                       United States Attorney

                                       /s/ Justin Lee
                                       JUSTIN LEE
                                       Special Assistant U.S. Attorney

                           O R D E R

**IT IS SO ORDERED.**

DATED: February 27, 2012.

                                       _____
                                       DALE A. DROZD
                                       UNITED STATES MAGISTRATE JUDGE

dad1.crim
leon0539.stipord.set-stat-conf

-2-