1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LINDA C. HARTER, #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   SAGE D. KAVENY
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6
7  Attorneys for Defendant
   FRANCISCO E. LEON, SR.

8
                    IN THE UNITED STATES DISTRICT COURT
9
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,      )  2:11-CR-00539-DAD
                                  )
12              Plaintiff,        )
                                  )  STIPULATION AND ORDER TO VACATE
13       v.                       )  THE CHANGE OF PLEA AND SET FOR A
                                  )  STATUS HEARING
14 FRANCISCO E. LEON, SR.,        )
                                  )
15              Defendant.        )  Date:  June 19, 2012
                                  )  Time:  10:00 a.m.
16 _____)  Judge: Hon. Dale A. Drozd

17       The United States Attorney through his respective counsel, JUSTIN

18 LEE, Special Assistant United States Attorney, and LINDA C. HARTER,

19 Attorney for FRANCISCO E. LEON, SR., and Certified Student Attorney,

20 SAGE D. KAVENY, hereby stipulate to vacate the change of plea hearing

21 set for April 24, 2012 at 10:00am and set for a status hearing.

22       Time is to be excluded from April 24, 2012 to June 19, 2012 under

23 the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(A) and 18 U.S.C. § 4244

24 (Local Code A), and 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4) as

25 the ends of justice served by granting the continuance outweigh the

26 best interests of the public and the defendant in a speedy trial.  Mr.

27 Leon suffered a traumatic brain injury in a car accident when he was 19

1   years old and has received Social Security and SSI benefits ever since.

2   Mr. Leon was recently evaluated by Dr. Frank D. Weber, Ph.D. who

3   performed I.Q. and memory testing.  After Dr. Weber's evaluation,

4   defense counsel received and provided Mr. Leon's medical records to Dr.

5   Weber.  Dr. Weber subsequently expressed concern that Mr. Leon may not

6   be competent to enter a plea and recommends a competency evaluation.

7   The first available date that Dr. Weber can perform this competency

8   evaluation is May 23, 2012.

9        Accordingly, the parties jointly request that a status hearing be

10  scheduled for June 19, 2012 at 10:00am before Magistrate Judge Dale A.

11  Drozd.

12  Dated: April 18, 2012             Respectfully submitted,

13

14                                    DANIEL BRODERICK
                                      Federal Defender
15

16                                    /s/ Linda C. Harter
                                      LINDA C. HARTER
17                                    Assistant Federal Defender
                                      Attorney for FRANCISCO E. LEON, SR.
18

19  Dated: April 18, 2012             BENJAMIN B. WAGNER
                                      United States Attorney
20

21                                    /s/ Justin Lee
                                      JUSTIN LEE
22                                    Special Assistant U.S. Attorney

23                                    O R D E R

24  **IT IS SO ORDERED.**

25  DATED: April 19, 2012.

26

27

dad1.crim.leon0539.stipord.set-stat

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

-2-