

**FILED**

JUN 1 9 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**for the**
**EASTERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA

VS.

CASE/CITATION NO. 2:11cr 539 DAD

Francisco E. Leon, Sr.

**ORDER TO PAY**

SOCIAL SECURITY #: 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
DATE OF BIRTH: 3-17-65
DRIVER'S LICENSE #: A1570292
ADDRESS: 4217 35th St
Sacto           CA        95820
CITY          STATE      ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

**I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.**

✓ DATE: 6 19-12                    X Francisco E. Leon
                                          DEFENDANT'S SIGNATURE

---

**YOU ARE HEREBY ORDERED TO PAY/COMPLY THE FOLLOWING:**

( ) Fine: $ Waived _____ and a penalty assessment of $ 25.00 _____ for a TOTAL AMOUNT OF: $ 25 _____ within _____ days/months; or payments of $ _____ per month, commencing _____ and due on the _____ of each month until paid in full.
(✓) Restitution: $1,550.00 _____
( ) Community Service _____ _____ with fees not to exceed $ _____
    completed by _____

**PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):**

**CENTRAL VIOLATIONS BUREAU**          **CLERK, USDC**              **CLERK, USDC**
**PO BOX 70939**                       **2500 TULARE ST., RM. 1501**  **501 I STREET, STE. 4-200**
**CHARLOTTE, NC 28272-0939**           **FRESNO, CA 93721-1322**     **SACRAMENTO, CA 95814-2322**

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: 6/19/12                    **DALE A. DROZD**
                                      U.S. MAGISTRATE JUDGE

Clerk's Office

FP-PET                                                              EDCA-3