```
                                                    FILED
                                                    JUL 17 2012
                                                    CLERK, U.S. DISTRICT COURT
                                                    EASTERN DISTRICT OF CALIFORNIA
                                                    BY_____
                                                           DEPUTY CLERK
```

1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LINDA C. HARTER, CA Bar #179741
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  FRANCISCO E. LEON, SR.

7               IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9
   UNITED STATES OF AMERICA,      )  No. 2:11-CR-00539 DAD
10                                )
                 Plaintiff,       )  DAD
11                                )  [~~PROPOSED~~] RELEASE ORDER
        v.                        )
12                                )
   FRANCISCO E. LEON, SR.,        )
13                                )
                 Defendant.       )
14 _____)

15      On June 19, 2012, this Court sentenced the defendant to 30 days

16 incarceration. Mr. Leon self-surrendered immediately following

17 sentencing. As of July 16th the Judgment and Commitment order had not

18 been filed. Because of this, the designation process will not be

19 completed before Mr. Leon's sentence of 30 days expires on July 18th.

20 The government agrees with this proposed order and the parties request

21 that the Court issue the attached release order.

22 Dated:  July 16, 2012              Respectfully submitted,

23                                    DANIEL J. BRODERICK
                                      Federal Defender
24

25                                    /s/ Rachelle Barbour

26                                    RACHELLE BARBOUR signing for
                                      LINDA C. HARTER
27                                    Chief Assistant Federal Defender
                                      Attorney for Defendant
28                                    FRANCISCO E. LEON, SR.

ORDER

Good cause appearing therefore,

    IT IS ORDERED that FRANCISCO E. LEON, SR. be released from federal custody in the above-captioned case on July 18th, 2012.

Dated: July 17, 2012

_____
Hon. DALE A. DROZD
United States Magistrate Judge